```
1  Todd M. Friedman (216752)
   Adrian R. Bacon (280332)
2  Law Offices of Todd M. Friedman, P.C.
3  21550 Oxnard St., Suite 780
   Woodland Hills, CA 91367
4  Phone: 877-206-4741
5  Fax: 866-633-0228
   tfriedman@toddflaw.com
6  abacon@toddflaw.com
7  Attorneys for Plaintiff
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANA RAMIREZ<br>Plaintiff,<br>vs.<br>U.S. ASSET MANAGEMENT, INC.,<br>them,<br>Defendant | Case No.<br><br>2:20−cv−06187−DMG−MRW<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants by and through their undersigned counsels, that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice in its entirety. Each party shall bear their own costs and attorney fees.

///

Respectfully submitted October 20, 2021

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Attorney for Plaintiff

By: s/Calvin W. Davis
Calvin W. Davis, Esq.
Attorney For Defendant

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: October 20, 2021

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: _s/ Todd M. Friedman, Esq.
Todd M. Friedman
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on October 20, 2021 with:

United States District Court CM/ECF system

Notification sent electronically on October 20, 2021 to:

To the Honorable Court, all parties and their Counsel of Record

<u>s/ Todd M. Friedman, Esq</u>
Todd M. Friedman